Opinion issued January 31, 2013



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01126-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**COLTON REED THOMSON, Appellee**

On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court Cause No. 1862701

## MEMORANDUM OPINION

On December 5, 2012, appellant, the State of Texas, appealed from the trial

court's order granting habeas relief in favor of appellee, Colton Reed Thomson.

*See* TEX. CODE CRIM. PROC. ANN. 44.01 (West Supp. 2012). The State has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not yet issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b). The Clerk of this Court has sent a duplicate copy to the trial court clerk. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).